Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625-0861

JUNE 11, 2026

Hon. John Milton Younge, USDJ
15613 US Courthouse
601 Market St.
Philadelphia, PA 19106-1790

RECEIVED
JUN 18 2026
JUDGE JOHN MILTON YOUNGE

      RE: McGillvary v. Long et al
      Dkt. No. 1:24-cv-09507-JMY (DNJ)

Dear Judge Younge;

    I am writing you pursuant to DNJ L. Civ. R. 65.1 & F.R. Civ. P. 65 because on June 3, 2026, the NJ State Prison seized all the law library's external hard drives; which the prison paralegals use to convey files with legal documents & cases to the printer room for printing. Since that date, up to & including the present, I have been unable to print out any cases nor legal documents whatsoever. This is preventing me from accessing the courts, petitioning the government for redress, or effectively working on any of my pending cases. I have asked the prison authorities to remedy this, but to no avail. I ask that you please issue this letter as a show cause order to the NJDOC, to explain why they have suddenly & indefinitely forbidden me from printing any cases or legal documents at the NJSP law library.

    Your attention to this matter is appreciated.

              Respectfully submitted,

              Caleb L. McGillvary
              In Propria Persona

Case 1:24-cv-09507-JMY   Document 169   Filed 06/25/26   Page 1 of 1 PageID: 3480