Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625



RECEIVED
JUL 2 0 2026
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ
—M

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>V.<br><br>Michael T. G. Long et al.<br>    DEFENDANTS | ) CIVIL ACTION NO.<br>) 1:24-cv-09507<br>) Hon. John Milton Younge, USDJ<br>)<br>) Motion Date:<br>) To be determined by the Court<br>)<br>) |

## NOTICE OF MOTION  FOR EXTENSION OF TIME UNDER RULE 6(b) TO RESPOND TO DEFENDANTS' OPPOSITION TO MOTION FOR TRO/PI

TO: CLERK, ALL CAPTIONED PARTIES

Please take notice that, on a date and time to be determined by the Court, Plaintiff Caleb L. McGillvary ("Plaintiff") hereby moves the Court pursuant to Rule 6(b) for an order granting an extension of time  to respond to all Defendants' opposition.

As grounds for this motion, Plaintiff relies upon his attached motion and declaration

A proposed form of order is lodged herewith

Date: 7/14/26

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>V.<br><br>Michael T. G. Long et al.<br>    DEFENDANTS | ) <br> ) CIVIL ACTION NO.<br> ) 1:24-cv-09507<br> ) Hon. John Milton Younge, USDJ<br> )<br> ) Motion Date:<br> ) To be determined by the Court<br> )<br> ) |

**MOTION   FOR EXTENSION OF TIME UNDER RULE 6(b) TO RESPOND TO**
**DEFENDANTS' OPPOSITION TO MOTION FOR TRO/PI**

Caleb L. McGillvary ("Plaintiff"), hereby moves the Court for an order granting an extension of time to respond to all Defendants' oppositions pursuant to Rule 6(b)

As grounds for this request, Plaintiff incorporates by reference and relies upon his Declaration in support of this motion, and avers that it shows the following:

1.) I am the pro se plaintiff in the above-captioned matter.

2.) Defendants' oppositions involve complex issues of law which were evidently prepared by a highly-experienced litigators with vastly superior resources to the prison law library I must contend with.

1

3.) I am currently incarcerated in a maximum security prison which has severely restricted access to research and law library facilities. I am only permitted 5 hours at the law library once every 6 days, during which time I may research caselaw, print documents, or make copies of legal documents. Sometimes guys in the messhall jump on each other's heads or stab each other and the whole place gets locked down, which means that law library gets cancelled. I have had a clean disciplinary record for years, so any such delay is through no fault of my own. Despite my good faith and diligent effort, these circumstances make it so that legal research and preparation of documents is a much slower process for me than it is for defendants, who have all the resources of highly experienced lawyers working for them, that have teams of paralegals and experts at their disposal. It is therefore necessary, for me to have an additional 30 days to respond.

This motion is now before the Court.

**LEGAL ARGUMENT**

**POINT I: PLAINTIFF HAS SHOWN GOOD CAUSE FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' OPPOSITIONS TO DISMISS**

Fed. R. Civ. P. 6(b) states that, with exceptions that don't apply here, the time within which to act pursuant to any federal rule may be extended by leave of Court for good cause. Plaintiff has declared under penalty of perjury that he is severely restricted in his abilities to research and prepare legal documents to rebut the wall of cases set forth by the

2

highly-skilled and well-funded lawyers he's up against in propria persona, who have the benefit of a team of paralegals to research and prepare. Plaintiff has acted diligently and in good faith to move the Court for an extension of time prior to the expiration of the time to respond. It is therefore in the interests of justice to grant Plaintiff an additional 30 days from the issuance of an order disposing of this motion, to file a condensed response.

## CONCLUSION

Plaintiff has shown good cause for an extension of 30 days to file a condensed response. For all the foregoing reasons, Plaintiff respectfully asks the Court to grant him an extension of time to respond.

Date: 7/14/26

Respectfully submitted,

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

3

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>V.<br><br>Michael T. G. Long et al.<br>    DEFENDANTS | ) CIVIL ACTION NO.<br>) 1:24-cv-09507<br>) Hon. John Milton Younge, USDJ<br>)<br>) Motion Date:<br>) To be determined by the Court<br>)<br>) |

## ORDER

THIS MATTER having been opened to the Court on motion by Plaintiff Caleb L. McGillvary for an order granting an extension of time to respond pursuant to Rule 6(b); in this proceeding, and the Court having considered the papers submitted and the arguments therein, and FOR GOOD CAUSE SHOWN

It is on this ____ Day of _____, 20____

ORDERED that Plaintiff's motion is hereby GRANTED; and it is further

ORDERED that the time for Plaintiff to respond to all Defendants' oppositions is extended for 30 days from the date of this order; and it is further

ORDERED that a copy of this order be served upon all parties appearing in this matter within 7 days of this order

_____
Hon. John Milton Younge, U.S.D.J.