### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CALEB L. MCGILLVARY**, | : | |
| Plaintiff, | : | No. 24-cv-9507-JMY |
| | : | |
| vs. | : | |
| | : | |
| **MICHAEL T.G. LONG**, et al., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this 5th day of August 2026, upon consideration of the *Motion for Extension of Time under Rule 6(b) to Respond to Defendants' Opposition to Motion for Preliminary Injunction* (ECF No. 171), it is hereby **ORDERED** that said Motion for Extension of Time will be **GRANTED** and Plaintiff is provided with an additional thirty day period of time – until **Thursday, August 20, 2026** – to respond to Defendants' brief in opposition to his motion for injunctive relief.  The extension of time granted by the Court will be measured from the date that Plaintiff's Motion for Extension of Time was docketed on July 20, 2026.

The Clerk of Court is **DIRECTED** to **TRANSMIT** (mail) copies of this Order to *pro se* Plaintiff at the mailing address that he has identified on the docket for service of court papers.

**BY THE COURT**:

  /s/ John Milton Younge
Judge John Milton Younge