UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CALEB L. MCGILLVARY | : | Civil Action No. 1:24-cv-09507-JMY |
| Plaintiff(s) | : | |
| v. | : | **CLERK'S ORDER** |
| LONG et al | : | |
| Defendant(s) | : | |

This matter having come before the Court upon the payment of an appeal fee, paid on October 6, 2026 **by** Caleb L. McGillvary (NJ State Prison), in the above-captioned matter, and the payment of said appeal fee made via check, receipt CAM15883 processed in ACR; and it further appearing that:

☐ a. An overpayment has been made by the filer; **OR**

☐ b. A duplicate charge in Pay.gov occurred during the credit card/ACH processing; **OR**

☐ c. A duplicate, identical a Notice of Appeal was filed more than once by the same attorney or the same law firm; **OR**

☒ d. This filing does not require an appeal fee; and for good cause shown;

IT IS on this 7th day of October 2026,

**ORDERED THAT**, a check for the sum of $605.00 be issued to New Jersey State Prison, P.O. Box 861, Trenton, NJ 08625.

MELISSA E. RHOADS, CLERK

By: Melissa Connolly
Melissa Connolly, Management Analyst